| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **Erin Energy Kenya Limited**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names — **FDBA  CAMAC Energy Kenya Limited**

**3. Debtor's federal Employer Identification Number** (EIN)

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9 West Building<br>9th Floor, Ring Road Westlands<br>Nairobi, Kenya** | **1330 Post Oak Boulevard,<br>Suite 2250<br>Houston, TX 77056** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| County | Location of principal assets, if different from principal place of business<br>**Republic of Kenya** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Erin Energy Kenya Limited**   Case number (*if known*)
 Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __2111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Erin Energy Kenya Limited**          Case number (*if known*) _____
           Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Erin Energy Kenya Limited**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2018**
                MM / DD / YYYY

X **/s/ Femi Ayoade**                              **Femi Ayoade**
Signature of authorized representative of debtor    Printed name

Title   **Authorized Agent**

**18. Signature of attorney**

X **/s/ Matthew Okin**                             Date **April 25, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Matthew Okin**
Printed name

**Okin Adams LLP**
Firm name

**1113 Vine St., Suite 201**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone **(713) 228-4100**     Email address **info@okinadams.com**

**00784695**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

## UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS OF ERIN ENERGY KENYA LIMITED

The undersigned, being all of the Board of Directors (the "<u>Board</u>") of Erin Energy Kenya Limited, a Republic of Kenya Company (the "<u>Company</u>"), do hereby consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

WHEREAS, the Board reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business.

WHEREAS, the Board has had the opportunity to consult with the management of the Company and fully consider each of the strategic alternatives available to the Company.

WHEREAS, the Board deems it to be in the best interests of the Company to file a bankruptcy petition under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") for the purpose of restructuring the Company's business affairs (the "<u>Chapter 11 Case</u>").

NOW, THEREFORE, IT IS HEREBY RESOLVED THAT:

### *Filing of Bankruptcy Petition*

In the judgment of the Board, it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed seeking relief under chapter 11 of the Bankruptcy Code:

Femi Ayoade or any other duly appointed officer of the Company (the "<u>Authorized Officer</u>") is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas at such time as the Authorized Officer shall determine;

The Authorized Officer is hereby authorized and empowered on behalf of the Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Authorized Officer may deem necessary or proper in connection with the Chapter 11 Case;

The Authorized Officer is hereby authorized and empowered on behalf of, and in the name of the Company to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Board shall hereafter approve, and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas, at such time as the Authorized Officer shall determine;

### *Retention of Professionals*

The law firm of Okin & Adams LLP shall be employed as counsel to the Company under a general retainer; and is hereby approved to act as general bankruptcy counsel for the Company in the Chapter 11 Case; and

The Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of the Company, to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Company in its Chapter 11 Case on such terms as the Authorized Officer deems necessary or proper.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the 12th day of April, 2018.

By: _____
Jared O. Misati

By: _____
Augustin K. Nkuba

2

Debtor **Erin Energy Kenya Limited**
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (*if known*) _____    Chapter __11__

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Erin Energy Corporation** | | Relationship to you | | **Parent Company** |
| District | **Southern District of Texas, Houston Division** | When | **4/25/18** | Case number, if known | **18-32106** |
| Debtor | **Erin Energy Ltd.** | | Relationship to you | | **Related Subsidiary** |
| District | **Southern District of Texas, Houston Division** | When | **4/25/18** | Case number, if known | **18-32107** |
| Debtor | **Erin Petroleum Nigeria Limited** | | Relationship to you | | **Related Subsidiary** |
| District | **Southern District of Texas, Houston Division** | When | | Case number, if known | **to be filed** |

---

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Erin Energy Kenya Limited** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 25, 2018**       X **/s/ Femi Ayoade**
                                        Signature of individual signing on behalf of debtor

                                        **Femi Ayoade**
                                        Printed name

                                        **Authorized Agent**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Erin Energy Kenya Limited**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Mauritius Commercial Bank Limited**<br>11th Floor, MCB Head Office<br>9-15 Sir William Newton Street<br>Port Louis<br>MAURITIUS | alain.lawmin@mcb.mu | | | $100,000,000.00 | $0.00 | $100,000,000.00 |
| **BGP Kenya Limited**<br>Kalamu House 3rd Floor, Brookside Dr<br>PO Box 48272-00100<br>Nairobi<br>KENYA | | | | | | $9,002,033.31 |
| **Ministry of Energy Training Fund**<br>23rd Floor, Nyayo House<br>Kenyatta Avenue<br>KENYA | | | | | | $813,114.90 |
| **CAMAC International Corporation**<br>1330 Post Oak Blvd.<br>Suite 2200<br>Houston, TX 77056 | | | | $600,000.00 | $0.00 | $600,000.00 |
| **Gina Din Kariuki**<br>P. O. Box 42518<br>Nairobi<br>KENYA | | | | | | $80,000.00 |
| **Arora Properties Limited**<br>Lion PL, Waiyaki Way Westlands<br>Nairobi<br>KENYA | | | | | | $61,523.19 |

| Debtor | **Erin Energy Kenya Limited** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kenya Oil & Gas Association**<br>**P.O. BOX 856-00606**<br>**Nairobi**<br>**KENYA** | | | | | | **$5,000.00** |